UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-05511-KK-DTBx** | Date: | November 3, 2026 |
| Title: | ***Joseph Ogunrinu v. AT&T Services Inc., et al.*** | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order To Show Cause Why Matter Should Not be Dismissed**

On August 21, 2026, non-attorney Joseph O. Ogunrinu ("Ogunrinu") filed a Complaint in Riverside County Superior Court on behalf of what appear to be three business entities, First California Financial Center, Global Visa & Immigration Services, and Ayinla Group (collectively, "Plaintiffs") against defendant AT&T Services Inc. ("Defendant") and Does 1-10. ECF Docket No. ("Dkt.") 1-4, Complaint ("Compl."). The Complaint asserts various state tort law claims against Defendant. Id. On September 21, 2026, Defendant removed the action to this court. Dkt. 1, Notice of Removal.

"It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993); see also In re Highley, 459 F.2d 554, 555 (9th Cir. 1972); United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993). Moreover, pursuant to Local Rule 83-2.2.2, "[o]nly individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." C.D. Cal. L.R. 83-2.2.2.

Here, it appears Ogunrinu seeks to bring the instant action on behalf of three business entities. See generally Compl. However, Mr. Ogunrinu is not an attorney at law and, thus, may not bring and maintain this action on behalf of Plaintiffs.

Accordingly, Ogunrinu is hereby **ORDERED TO SHOW CAUSE** in writing no later than seven (7) days from the date of this Order why this action should not be dismissed without prejudice. **Ogunrinu is expressly warned failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED**.